**United States District and Bankruptcy Courts
For The District of Columbia**

**FILED
OCT 10 2014
Clerk, U.S. District and
Bankruptcy Courts**

Melvin Gale
3760 Minnesota Avenue, NE #207
Washington, DC 20019
(202) 905-3692

vs.

Franklin L. Savage
4204 Ciruse Place
Capital Heights, MD 20743-5730

Case: 1:14-cv-01715
Assigned To : Sullivan, Emmet G.
Assign. Date : 10/10/2014
Description: Pro Se Gen. Civil

**COMPLAINT**

While I, Melvin Gale was incarcerated, Mr. Franklin L. Savage did sell my house at 46 Burns Street, NE, Washington, DC 20019 and took flight. (See exhibit 1 – Criminal History Request)

Petitioner, Melvin Gale is requesting a jury trial.

Petitioner, Melvin Gale is requesting the sum of two hundred and ninety-nine thousand dollars ($299,000.00), plus all interest to be returned to me. Also, I am requesting a lien against all properties and bank accounts of Franklin L. Savage. (See exhibit 2 – DEED to property)

_Melvin Gale_
Signature

Melvin Gale
3760 Minnesota Avenue, NE #207
Washington, DC 20019

**RECEIVED**
SEP 19 2014
Clerk, U.S. District and
Bankruptcy Courts

PD 70 REV. 01/93

| Date of Request | METROPOLITAN POLICE DEPARTMENT<br>Washington, D. C.<br>CRIMINAL HISTORY REQUEST | SSN# 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 |
|---|---|---|
| 10-11-11 | | |

Request Record of: (Last, First, Middle Name) Bale, Melvin

Address: 2950 Langston Lane SE.

Sex: M  Race: Black  Birthdate: 3-21-42  Place of Birth: Warsaw, N.C.

Requesting Agency: _____  Call-Back Number: _____

Signature of Agent: _____  Badge No.: _____

**Purpose of Request (check one)**
- [ ] Law Enforcement Purposes (not for employment)
- [ ] Visas*
- [ ] Employment*/Licensing*
- [ ] Challenge*

**Method of Request (Check One)**
- [ ] Mail
- [ ] In Person
- [ ] NLET
- [ ] Telephone

IDENTIFICATION AND RECORDS DIVISION USE ONLY - (Check if applicable)
- [ ] SUBJECT UNDER ARREST
- [ ] CORRECT COLOR CODE

| Request Received By | Date and Time Received | Date and Time Returned |
|---|---|---|
| | | |

D.C. CODE §1-2530 IS QUOTED HERE FOR YOUR INFORMATION

It shall be an unlawful practice, punishable by a fine of not more than three-hundred dollars ($300.) or imprisonment for not more than ten (10) days, or both, for any person to require the production of an arrest record or any copy, extract, or statement thereof, at the monetary expense of any individual to whom such record may relate. Such "arrest records" shall contain only listings of convictions and forfeitures of collateral that have occurred within ten (10) years of the time at which such record is requested. (Dec. 13, 1977, D.C. Law 2-38, Title II, §266, 24 DCR 6038).

*I hereby authorize the release of my adult arrest record revealing convictions and forfeitures within the past ten (10) years.  Signature: Melvin Bale  Date: 10-11-11

**RESULTS OF CRIMINAL HISTORY FILE SEARCH**
TO: Criminal History Users
- [ ] Name Search  [ ] Fingerprint Search

This request concerns information whose collection, dissemination, and use are conditioned and restricted by applicable federal and District of Columbia statutes, and policy of the Metropolitan Police Department. Continued assistance from this department is conditioned upon your strict adherence to these regulations.

WARNING TO APPLYING AGENCIES: The Metropolitan Police Department does not guarantee either the accuracy of the record or that the individual whose record is furnished is actually the same individual whose record was requested. To obtain accuracy, the record of the Court involved should be examined. Positive identification can only be determined by comparable fingerprints. Records of arrests obtained from the Metropolitan Police Department as detailed on this form are for convictions and forfeitures for the past 10 years prior to the date of request of this record, exclusive of periods of imprisonment, if any. This record does not reflect any cases which may be currently pending before the Courts or cases where convictions have been set aside pending appeals.

CHIEF OF POLICE

| Date of Arrest | Charge(s) | Disposition |
|---|---|---|
| 07/13/06 | CSA sell distribute or Dispense | 57 months confinement |

METROPOLITAN POLICE DEPARTMENT
NAME FILE ARREST RECORD FOUND
OCT 11 2011
WASHINGTON DC

**Documents Released:**
- [x] Criminal History Record
- [ ] Prosecution Report
- [ ] Photograph
- [ ] Fingerprints
- [ ] Other: _____
- [ ] Other: _____

| Date of Record Search | Record Searched By | Release Authorization |
|---|---|---|
| 10-11-11 | Wilkins | |

Doc# 2008079618

Consideration: $299,000.00
Tax Map Reference Number: Square 5048 Lot 42
Grantees Address:
46 Burns Street NE
Washington DC 20019

Return after Recording to:

Land Title America, LLC
9990 Fairfax Boulevard
Suite 160
Fairfax, Virginia 22030
(703) 745-3800 - Phone
(703) 277-1042 - Fax

## THIS DEED

THIS DEED, made this **23rd of July, 2007**, by and between **Melvin GALES**, parties of the first part/GRANTOR(s), and **Lemakia T. HUFF**, parties of the second part/GRANTEE(s);

WITNESSETH, that in consideration of the sum of Ten Dollars ($10.00), receipt of which is hereby acknowledged, and the said parties of the first part/GRANTOR(s), do/does grant and convey with GENERAL WARRANTY OF TITLE unto the parties of the second part/GRANTEE, all that piece or parcel of land situate in the District of Columbia, and described as follows:

**SEE EXHIBIT A – Legal Description – Attached**

Subject to covenants, easements and restrictions of record.

AND the said parties of the first part covenant that they will warrant specially the property hereby conveyed; and that they will execute such further assurances of said land as may be required. Witness the following Signature(s) and Seal(s) the day and year first hereinabove written.

US ID : 0090-801696
Password: 62005476

WITNESS the hands and seals of said Grantor(s) this **23rd** day of **July, 2007** herein before me.

_____ attorney in fact _____(SEAL)
Melvin GALES

_____(SEAL)

_____(SEAL)

_____(SEAL)

STATE/COMMONWEALTH OF Virginia, at-large,
CITY/COUNTY OF Fairfax County, to wit:

I, _____, a notary public in and for the said county and state aforesaid, do hereby certify that **Melvin GALES**, parties who are personally well-known to me as the person(s) who executed the foregoing and annexed Deed bearing date on the **23rd** day of **July, 2007**, and hereto annexed, personally appeared before me, in said County and State aforesaid, and acknowledged the same to be his act and Deed.

GIVEN under my hand and seal, this **23rd** day of **July, 2007**.

MY COMMISSION EXPIRES:               _____
04.30.09                              NOTARY PUBLIC

[Notary seal: Monica S. Montenegro, Commonwealth of Virginia, Notary Public, Commission No. [illegible], My Commission Expires 4/30/2009]

2