AO 440b (Rev 12/09, DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| MELVIN GALE | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 14-1715 EGS |
| FRANKLIN L. SAVAGE | ) ) | WITHOUT PREPAYMENT OF COSTS |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FRANKLIN SAVAGE
4204 CIRUSE PLACE
CAPITAL HEIGHTS, MD 20743-5730

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MELVIN GALE
3760 MINNESOTA AVENUE, NE
APARTMENT 207
WASHINGTON, DC 20019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 04/19/2016           cc/PSD           _____
                                             *Signature of Clerk or Deputy Clerk*